882 F.2d 453
 Marie CHALOUX; Nancy Morgan, and Clarence Paine,
individually and on behalf of all others similarly
situated, Plaintiffs-Appellants,
v.
Vaughn KILLEEN, in his official capacity as Sheriff of Ada
County, State of Idaho; Robert Aja, in his official
capacity as Sheriff of Gooding County, State of Idaho, and
on behalf of all other County Sheriffs of the State of
Idaho, similarly situated, Defendants-Appellees.
 No. 88-3563.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted March 10, 1989.
Decided Aug. 17, 1989.
 
 1
 Prior report: 873 F.2d 1274.
 
 
 2
 Before WRIGHT and ALARCON, Circuit Judges, and TEVRIZIAN*, District Judge.
 
 ORDER
 
 3
 The opinion filed on May 1, 1989 is withdrawn.
 
 
 
 *
 Of the Central District of California